**CRAIG CARPENITO**
United States Attorney
**FRANCES C. BAJADA**
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* BOBBY BLIZZARD,<br><br>Plaintiffs,<br><br>v.<br><br>BEAM BROTHERS TRUCKING, INC.,<br><br>Defendant. | Honorable Susan D. Wigenton, U.S.D.J.<br><br>Civil Action No. 10-657(SDW)<br><br>**FILED IN CAMERA AND UNDER SEAL** |

### THE UNITED STATES' NOTICE OF INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies this Court that it is intervening in this action for the sole purpose of filing a Joint Stipulation of Dismissal in accordance with a Settlement Agreement between the United States, Relator Bobby Blizzard, Defendant Beam Bros. Trucking, Inc., Gerald Beam and Garland Beam, which was effective on December 29, 2017. The United States and the Relator are filing a Joint Stipulation of Dismissal along with this Intervention Notice.

The United States requests that the Relator's Complaint, along with this Notice of Intervention and the Court's Order, be unsealed. The United States requests that

all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court under seal for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

>Respectfully submitted,
>
>CHAD A. READLER
>ACTING ASSISTANT ATTORNEY GENERAL
>
>CRAIG CARPENITO
>UNITED STATES ATTORNEY
>
>*/s/ Frances C. Bajada*
>FRANCES C. BAJADA
>Assistant United States Attorney
>
>MICHAEL D. GRANSTON
>MICHAL TINGLE
>GREGORY PEARSON
>Attorneys, Civil Division
>U.S. Department of Justice
>Washington, DC
>
>Attorneys for the United States of America

## CERTIFICATE OF SERVICE

I hereby certify that this pleading and accompanying proposed order have been served on counsel for the Relator.

*FC Bajada*

FRANCES C. BAJADA
Assistant United States Attorney