**CRAIG CARPENITO**
United States Attorney
**FRANCES C. BAJADA**
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* BOBBY BLIZZARD,<br><br>    *Plaintiffs,*<br><br>  v.<br><br>BEAM BROTHERS TRUCKING, INC.,<br><br>    *Defendant.* | Honorable Susan D. Wigenton, U.S.D.J.<br><br>Civil Action No. 10-657(SDW)<br><br>**FILED IN CAMERA AND UNDER SEAL** |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the United States and the Relator Bobby Blizzard ("Relator") stipulate to the dismissal of the claims in this action initiated pursuant to the *qui tam* provisions of the False Claims Act, 31 U.S.C. §§ 3729-3733, on behalf of the United States, subject to the terms of a settlement agreement between the United States, the Relator, Beam Bros. Trucking, Inc. ("Defendant"), Gerald Beam and Garland Beam, which agreement was effective December 29, 2017 ("Settlement Agreement"). The dismissal shall be with prejudice as to the Relator. The dismissal shall be with prejudice as to the United States with respect to Covered Conduct, as that term is defined in the Settlement Agreement,

and otherwise without prejudice as to the United States. Defendant has informed counsel for the United States that it concurs with this joint stipulation of dismissal.

This stipulation does not dismiss: (1) claims that the Relator may have in this action, pursuant to 31 U.S.C. § 3730(d)(1), for a share of the proceeds paid to the United States pursuant to the Settlement Agreement; (2) claims that the Relator has asserted in this action against the Defendant, pursuant to 31 U.S.C. § 3730(d)(1), for attorneys' fees and costs; and (3) claims that the Relator has asserted in this action against the Defendant, pursuant to 31 U.S.C. § 3730(h), for retaliatory discharge. Each party to this stipulation of dismissal shall bear its own costs, fees and expenses with respect to the claims asserted in this action on behalf of the United States.

Respectfully submitted,

CHAD A. READLER
ACTING ASSISTANT ATTORNEY GENERAL

CRAIG CARPENITO
UNITED STATES ATTORNEY

FRANCES C. BAJADA
Assistant United States Attorney

MICHAEL D. GRANSTON
MICHAL TINGLE
GREGORY PEARSON
Attorneys, Civil Division
U.S. Department of Justice
Washington, DC

Attorneys for the United States of America

*s/Timothy J. McInnis*
TIMOTHY J. MCINNIS, ESQ.
McInnis Law
521 Fifth Avenue, 17th Floor
New York, NY 10175-0038

Attorney for the Relator

## CERTIFICATE OF SERVICE

I hereby certify that this pleading has been served on counsel for the Relator and counsel for the Defendant.

FRANCES C. BAJADA
Assistant United States Attorney