


ERK
RICT COURT
F NEW JERSEY
CEIVED

2018 MAR -6 P 3: 51

U.S. Department of Justice

United States Attorney
District of New Jersey
*Civil Division*

970 Broad Street, Suite 700  
Newark, New Jersey 07102

*general number:* (973) 645-2700  
*telephone:* (973) 297-2038  
*fax:* (973) 297-2010  
*e-mail: frances.bajada @usdoj.gov*

March 6, 2018

Clerk  
United States District Court  
Martin Luther King, Jr. Federal Courthouse  
50 Walnut Street  
Newark, NJ 07102

    Re:    United States of America, ex rel. [under seal] v. [under seal]  
              Civil Action No.: 10-0657 (SDW)

### FILED IN CAMERA AND UNDER SEAL

Dear Sir:

I enclose for **filing in camera and under seal** in the above-referenced case the Government's Proposed Order Unsealing Joint Stipulation of Dismissal, ECF No, 12.

Kindly return a filed-stamped copy of the above referenced documents in the envelope provided.

                              Very truly yours,

                                CRAIG CARPENITO  
                                United States Attorney

                        By: *s/ Frances C. Bajada*  
                            Frances C. Bajada  
                            Assistant U.S. Attorney

Enclosures  
cc:    Hon. Susan D. Wigenton, U.S.D.J. (w/enclosures)  
       Timothy J. McInnis, Esq. (w/ enclosures via email)

**CRAIG CARPENITO**
United States Attorney
**FRANCES C. BAJADA**
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* BOBBY BLIZZARD, | Honorable Susan D. Wigenton, U.S.D.J. |
| Plaintiffs, | Civil Action No. 10-657(SDW) |
| v. | **FILED IN CAMERA AND UNDER SEAL** |
| BEAM BROTHERS TRUCKING, INC., | |
| Defendant. | |

### ORDER

The United States having intervened in this action, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), and having requested that the Joint Stipulation of Dismissal be unsealed by order of the Court,

**IT IS ORDERED** that the Joint Stipulation of Dismissal, ECF No. 12, be unsealed.

Dated this _____ date of _____, 2018

_____
SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE

**U.S. Department of Justice**
United States Attorneys Office
*District of New Jersey*

970 Broad Street, Suite 700
Newark, New Jersey 07102-2535

Official Business

**ADDRESS SERVICE REQUESTED**



Under Seal

Clerk
United States District Court
Martin Luther King, Jr. Federal Courthouse
50 Walnut Street
Newark, NJ 07102

2018 MAR -6 P 3:49
CLERK
DISTRICT COURT
OF NEW JERSEY
RECEIVED