**CRAIG CARPENITO**
United States Attorney
**FRANCES C. BAJADA**
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* BOBBY BLIZZARD,<br><br>Plaintiffs,<br><br>v.<br><br>BEAM BROTHERS TRUCKING, INC.,<br><br>Defendant. | Honorable Susan D. Wigenton, U.S.D.J.<br><br>Civil Action No. 10-657(SDW)<br><br>**FILED IN CAMERA AND UNDER SEAL** |

**ORDER**

The United States having intervened in this action, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), and having requested that the Joint Stipulation of Dismissal be unsealed by order of the Court,

**IT IS ORDERED** that the Joint Stipulation of Dismissal, ECF No. 12, be unsealed.

Dated this 8th date of March, 2018

_____
SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE